AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 SEP 21 PM 3:43

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| CHARLES S. COOPER | ) | Case No. | 3:20MJ446 |
| | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 20, 2020** in the county of **Montgomery** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(9) and 924(a)(2) | Possession of a firearm after having been previously convicted of a misdemeanor crime of domestic violence |

This criminal complaint is based on these facts:
See attached affidavit of ATF Special Agent Christopher Reed

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Christopher Reed, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **FaceTime** *(specify reliable electronic means)*.

Date: 09/21/2020

*Judge's signature*

City and state: Dayton, OH

Sharon L. Ovington, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Special Agent Christopher M. Reed ("Affiant"), being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews and reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent since May 2008. Prior to my employment with ATF, I received additional law enforcement training at the Indianapolis Police Department's Police Academy. I was a sworn police officer with the Indianapolis Metropolitan Police Department (IMPD) for approximately (8) years. As a police officer, I conducted investigations in the duty capacity as a narcotics detective and as an ATF Task Force Officer. I have been involved in numerous investigations of Federal firearm violations. These investigations have resulted in the arrest and conviction of criminal defendants.

3. I am currently conducting an investigation involving Federal Firearm violations committed by **Charles S. Cooper ("COOPER")**, namely "Possession of a Firearm after having been previously convicted of a misdemeanor crime of Domestic Violence," in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

4. On or about August 20, 2020, at approximately 22:19hrs, Moraine Police Officers were dispatched to 4532 Pensacola Bl., Moraine, Ohio on a domestic violence complaint. Moraine police dispatchers advised responding law enforcement that the victim had identified the suspect as her husband, COOPER. COOPER had reportedly pushed and shoved her out of the house and threatened to get a knife. Dispatchers further advised COOPER was armed with a firearm and had threatened to shoot any cops. The victim stated she would wait for officers at the Dixie Dairy Dreem at the corner of S. Dixie Drive and Winwood Avenue.

5. Upon arriving at the location, law enforcement met with the victim and her daughter to ascertain what had transpired. Law enforcement learned that during the altercation between COOPER and the victim, COOPER physically shoved the victim out of the detached garage and threatened to get a knife. COOPER then threatened to shoot any police officers who responded to the residence. COOPER had also mentioned that he would put a shotgun in his mouth or commit suicide by cop if he had to. The victim and her daughter stated COOPER usually carried a Glock handgun in the waistband of his pants and had other guns locked inside of safes located in his bedroom.

6. Law enforcement contacted the Kettering Regional SWAT Team to assist and obtained a search warrant for the residence. Once the SWAT Team arrived and approached the residence, COOPER was taken into custody without further incident. A search of the residence revealed an assortment of firearms, ammunition and firearm related items. Three of the firearms recovered from the residence were identified as a Ruger, model Redhawk .44 magnum revolver, Sig Sauer, model P226, 9mm pistol, and a Ruger, model 10/22, .22LR rifle. A Glock handgun case was also located, but did not contain a firearm. Moraine Police later advised Affiant that the above listed firearms were recovered from COOPER's bedroom.

7. Affiant has determined that COOPER was previously convicted of misdemeanor Domestic Violence, based on a review of court documents. Specifically, COOPER was convicted on or about July 12, 2010, in the Municipal Court of Kettering, Ohio, case number 10-CRB-01283, of "Domestic Violence."

8. On September 11, 2020, Affiant (an ATF Interstate Nexus Agent) confirmed that the Ruger, model Redhawk .44 magnum revolver; Sig Sauer, model P226, 9mm pistol; and Ruger, model 10/22, .22LR rifle had all traveled in or affected interstate commerce.

9. Based on the aforementioned facts, Affiant asserts that there is probable cause to believe that on or about August 20, 2020, in the Southern District of Ohio, COOPER did possess a firearm after having been previously convicted of a misdemeanor crime of Domestic Violence, in violation of 18 U.S.C. §§ 922(g)(9) and 924 (a)(2).

**Further affiant sayeth naught.**

Christopher M. Reed
Special Agent, ATF
Dayton, Ohio

Subscribed and sworn to before me on September 21, 2020.

Sharon L. Ovington
United States Magistrate Judge

9/21/20
Date

2